# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

GERALD MCDOWELL                                         CIVIL ACTION

VERSUS

SOCIAL SECURITY ADMINISTRATION                NO. 19-570-BAJ-RLB

## ORDER

Before the Court are the Emergency Motion for Order to Show Cause on Complaint (R. Doc. 15) filed on November 6, 2019, Motion/Emergency Order and Evidence (R. Doc. 16) filed on November 8, 2019, Motion for Hearing (R. Doc. 18) filed on November 14, 2019, and Emergency Motion for Order to Show Cause on Complaint (R. Doc. 19) filed on November 26, 2019.

Plaintiff initiated this action based on an alleged denial of Social Security Disability benefits with the filing of his Complaint (R. Doc. 1) on August 28, 2019. Prior to any appearance of record by the Commissioner, Plaintiff filed several non-dispositive motions, listed in the preceding paragraph. On December 10, 2019, within the delays allowed by law and the Court's Scheduling Order (R. Doc. 5), the Commissioner filed a Motion to Dismiss. (R. Doc. 20). Therein, the Commissioner argues that Plaintiff's Complaint should be dismissed in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Plaintiff has twenty-one (21) days from the Commissioner's filing of the Motion to Dismiss to file his Opposition. (R. Doc. 21).

The Commissioner's Motion to Dismiss seeks dismissal of Plaintiff's claims in their entirety, and Plaintiff's non-dispositive motions were filed prior to any appearance by the Commissioner, such that the Commissioner had no vehicle through which to receive notice. Accordingly, the Court finds that Plaintiff's non-dispositive motions are premature, and further

finds good cause to dismiss without prejudice the Emergency Motion for Order to Show Cause on Complaint (R. Doc. 15) filed on November 6, 2019, the Motion/Emergency Order and Evidence (R. Doc. 16) filed on November 8, 2019, the Motion for Hearing (R. Doc. 18) filed on November 14, 2019, and the Emergency Motion for Order to Show Cause on Complaint (R. Doc. 19) filed on November 26, 2019.

The aforementioned motions filed by Plaintiff will be dismissed without prejudice to re-filing after the Court has ruled on the Commissioner's Motion to Dismiss. Thus, should any of Plaintiff's claims remain after the Court has ruled on the Commissioner's Motion to Dismiss, Plaintiff may re-file any of the motions dismissed herein. Lastly, the Court notes that Plaintiff has also filed a Motion for Default Judgment (R. Doc. 13), which is not addressed herein, and will be resolved in conjunction with the Commissioner's Motion to Dismiss.

Accordingly,

**IT IS ORDERED** that the Emergency Motion for Order to Show Cause on Complaint (R. Doc. 15) filed on November 6, 2019, the Motion/Emergency Order and Evidence (R. Doc. 16) filed on November 8, 2019, the Motion for Hearing (R. Doc. 18) filed on November 14, 2019, and the Emergency Motion for Order to Show Cause on Complaint (R. Doc. 19) filed on November 26, 2019 are all **DENIED WITHOUT PREJUDICE** as premature.

Signed in Baton Rouge, Louisiana, on December 12, 2019.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**