# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**GERALD MCDOWELL**                                          **CIVIL ACTION**

**VERSUS**

**SOCIAL SECURITY**
**ADMINISTRATION**                                  **NO.: 19-00570-BAJ-RLB**

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 24)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses Defendant's Motion to Dismiss (Doc. 20) in response to pro se Plaintiff Gerald McDowell's Complaint (Doc. 1), filing suit against Defendant for denial of benefits. The Magistrate Judge recommended that the Defendant's Motion be granted and that Plaintiff's claims for disability benefits under the provisions of Titles II and XVI of the Social Security Act be dismissed with prejudice for Plaintiff's failure to exhaust administrative remedies. The Magistrate Judge further recommends that any claims brought by Plaintiff outside of his claims for disability benefits under provisions of Titles II and XVI of the Social Security Act be dismissed without prejudice for Plaintiff's failure to name defendants that can answer the claims. Lastly, the Magistrate Judge recommends that the Plaintiff's Motion for Default Judgment (Doc. 13) be denied as moot and the matter be closed.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Plaintiff filed an objection, and the Defendant did not file a response.

Plaintiff objects to the recommended dismissal of his claims without prejudice. Plaintiff claims that his Complaint was served to the appropriate parties. (Doc. 25 at p. 1). Plaintiff further claims that these Defendants were summoned and did not enter an appearance. (Id.). Plaintiff argues that since the agencies he served did not deny his allegations, they must be admitting to them. (Id.). Plaintiff contends that his matter should be set for trial or be permitted to reach the summary judgment phase. (Id.)

The Court finds that Plaintiff failed to exhaust his administrative remedies. Plaintiff failed to request a hearing before an administrative law judge within the time allotted, and now the time to do so has expired. Plaintiff's failure to obtain a final administrative decision means that his request for Social Security disability benefits is not subject to judicial review by the Court. Thus, this Court lacks the subject matter jurisdiction to proceed any further.

The Court also finds that, to the extent that Plaintiff is requesting other benefits outside the Social Security Administration, he did not name or serve the proper defendants for such other claims. Plaintiff only served the Social Security Administration, this Court, and the United States Attorney General. These parties

are not the proper defendants for claims requesting housing, transportation, utilities, and childcare.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 24)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff's claims for disability benefits under the provisions of Titles II and XVI of the Social Security Act are **DISMISSED WITH PREJUDICE** for the failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that all other claims be dismissed **WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default (Doc. 13) is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this _30th_ day of January, 2020.


**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**